IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN A. WILLIAMS, JR.,
   Plaintiff,
   v.

DEKALB MEDICAL CENTER,
   Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-2257-TWT

### ORDER

This is a pro se Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 26] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 18]. No objections to the Report and Recommendation have been filed. The Court agrees with the thorough and well reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 18] is GRANTED.

SO ORDERED, this 13 day of September, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\05\Williams\5cv2257\r&r.wpd